U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2020

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 2/24/2020

Re:   *United States* v. *Rene Barrientos*, 19 Cr. 315 (VSB)

Dear Judge Broderick:

The Government writes with consent of defense counsel to request an adjournment of the defendant's sentencing, currently scheduled for March 20, 2020. The request is made in order to accommodate the schedule of victims who wish to be present. The parties and victims are available on March 27, 2020 at 2:30 p.m. if that time is convenient for the Court.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

cc: Donald Duboulay, Esq.

By: _____
Karin Portlock / Kiersten Fletcher
Assistant United States Attorneys
(212) 637-1589 / 2238

**SO ORDERED:**

_____
**HONORABLE VERNON S. BRODERICK**
**UNITED STATES DISTRICT JUDGE**