**Donald D. duBoulay**              305 Broadway, Suite 602
  Attorney at Law                         New York, NY 10007

Telephone: (212) 966-3970
Fax:        (212) 941-7108
E-mail:    dondubesq@aol.com

March 16, 2020

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 3/17/2020

Sentencing in this matter is hereby adjourned to April 10, 2020 at 2:00 p.m.

Re: United States v. Rene Barrientos
    19 Cr. 315 (VSB)

Dear Judge Broderick:

    I write with the consent of the Government to respectfully request an adjournment of two weeks (or to a date convenient to the court) from the currently scheduled sentence date in this matter. The defendant is currently scheduled to be sentenced on March 27, 2020. The reason for this request is to allow the defendant additional time to receive and review subpoenaed documents that may inform the sentencing memoranda in this case.

    If the Court grants the adjournment, the defense consents to the exclusion of time under the Speedy Trial Act until the adjourn date.

    Thank you for your attention to this request.

                                     Respectfully submitted,

                                     /s/
                                     Donald duBoulay, Esq

cc: Karin Portlock, AUSA (via ECF)