UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        -against-

RENE BARRIENTOS.

                Defendant.

**ORDER**

19-CR-315 (VSB)

VERNON S. BRODERICK, United States District Judge:

    Defendant Rene Barrientos ("Barrientos") has filed a *pro se* letter styled as a motion for compassionate release based on the inapplicability of certain enhancements to his sentence. (Doc. 39.) By March 10, 2023, the Government shall file a letter stating its position on if this motion is properly cognizable as a compassionate release motion, the impact of any plea agreement on this motion, and any additional information the Government believes is relevant to Barrientos's request.

    The Clerk of Court is respectfully directed to mail a copy of this order to Defendant at the following address:

    Rene Barrientos, Reg. # 45655-054
    FCI Schuylkill
    PO Box 759
    Minersville, PA 17954

SO ORDERED.

Dated: February 24, 2023
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge